No. 26-1843

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

EMANUEL JOSE PERNIA SUAREZ,

*Petitioner-Appellee*,

v.

MATTHEW PUTRA, et al.,

*Respondents-Appellants.*

On Appeal from the United States District Court
for the Western District of Michigan
No. 1:26-CV-02005

# MOTION TO STAY PROCEEDINGS


TIMOTHY VERHEY
*United States Attorney*

KALEN H. PRUSS
*Assistant United States Attorney*
330 Ionia Ave. NW, Suite 501
Grand Rapids, Michigan 49503
(616) 456-2404

Respondents-Appellants, who are federal government entities or officials, respectfully move this Court under Rule 27 of the Federal Rules of Appellate Procedure to stay all proceedings in this appeal pending a decision by the Solicitor General of the United States as to whether to authorize this appeal and, if the appeal is so authorized, to set a briefing schedule thereafter. (*See, e.g.*, Or. Staying Appeal, *Cantu-Cortes v. Acting Director*, No. 26-1066 (3d. Cir. Feb. 19, 2026), Doc.8.)

In support, the government states:

1. This is a habeas action in which the district court entered an opinion and judgment granting Petitioner-Appellee's petition for release from immigration custody. (R. 8: Opinion; R. 9: Judgment.) This adverse decision is appealable by the United States under 28 U.S.C. §§ 1291 and 2253(a).

2. On September 18, 2026, Respondents-Appellants timely filed a protective notice of appeal of the district court's judgment. This was required by the *Justice Manual*, which provides: "If the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appellate section of the appropriate division of the Department as to whether an appeal is to be taken, a 'protective'

notice of appeal must be filed … in order to preserve the government's right to appeal." *Justice Manual* § 2-2.132; *see also Justice Manual* §§ 2-1.000(b), 2-2.121.

3. On September 15, 2026, this Court entered a briefing schedule that requires Respondents-Appellants to file their principal brief by October 26, 2026. (Doc. 4.)

4. Respondents-Appellants cannot proceed, however, without authorization by the Solicitor General. The Solicitor General is entrusted with the responsibility to determine "whether, and to what extent, appeals will be taken by the Government to all appellate courts." 28 C.F.R. § 0.20(b); *accord Justice Manual* §§ 2-1.000(b), 2-2.121, 2-2.132.

5. Regulation and the *Justice Manual* establish a process for this determination, which ensures that the United States pursues only appeals of relative importance and merit. The United States Attorney reports each adverse, appealable decision to the responsible component of the Department of Justice in Washington, D.C., together a recommendation as to whether the Solicitor General should authorize an appeal of that decision and all documents necessary to that determination. *Justice Manual* §§ 2-1.000(b), 2-2.111, 2-3.100. That

component then prepares its own recommendation to the Solicitor General, as do attorneys in the Office of the Solicitor General. *See id.* § 2-3.110. After considering these recommendations, the Solicitor General determines whether to authorize an appeal. 28 C.F.R. § 0.20(b); *accord Justice Manual* §§ 2-1.000(b), 2-2.121, 2-2.132.

6. This request for a stay of this proceeding is supported by good cause: it is necessary to allow the Solicitor General to determine whether the United States should prosecute this appeal, and for Respondents-Appellants to draft their principal brief should such authorization be given. All stakeholders have acted and will continue to act with appropriate expedience. The United States Attorney timely reported the adverse decision in this matter to the appropriate component, and all other stakeholders within the Department of Justice are timely acting to review and make further recommendations. The Office of the Solicitor General's process to determine whether to pursue an appeal remains ongoing, however, and the United States Attorney has not yet received authorization to pursue this appeal.

7. The United States will notify this Court of the Solicitor General's decision whether to authorize an appeal once it is made, by notice if appeal is authorized and by motion to dismiss if not authorized.

WHEREFORE, the United States requests that this Court stay all proceedings in this appeal pending a decision by the Solicitor General as to whether to authorize the appeal and, if an appeal is authorized, to establish a new briefing schedule at that time.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: November 10, 2026

/s/ *KALEN H. PRUSS*

Kalen H. Pruss
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
kalen.pruss@usdoj.gov
Attorneys for Respondents-Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, the foregoing document was mailed via mail to the Petitioner-Appellee at:

Enmanuel Jose Pernia Suarez
44524 Bayview Ave #30209
Clinton Township, MI 48038

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: November 10, 2026

/s/ *KALEN H. PRUSS*
Kalen H. Pruss
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
kalen.pruss@usdoj.gov
Attorneys for Respondents-Appellants